258 So.2d 381

### Max J. HEINBERG

v.

### DEPARTMENT OF EMPLOYMENT SECURITY of the State Louisiana.

No. 52214.

March 8, 1972.

In re: Max J. Heinberg applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Civil Service Commission. 256 So.2d 747.

Writ refused. We find no error in the judgment of the Court of Appeal.

258 So.2d 381

### STATE of Louisiana ex rel. Shelton J. WILLIAMS and Adam Amos Mack

v.

### C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 52216.

March 8, 1972.

In re: Shelton J. Williams and Adam Amos Mack applying for writ of habeas corpus.

Writ refused. The showing made is insufficient to warrant the exercise of either our original or supervisory jurisdiction.

BARHAM, J., is of the opinion a showing is made requiring an evidentiary hearing.